UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER GALE CAMPBELL,

    Plaintiff,

v.                                                                                                                                    Case No. 1:19-cv-699
                                                                                                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

        In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated: November 3, 2020                               /s/ Ray Kent
                                                                     United States Magistrate Judge